UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SCOTT WASHINGTON,

        Plaintiff,

v.                                                    Case No. 5:22-cv-00457-MTT

GOVERNMENT EMPLOYEES
INSURANCE CO.,

        Defendant.

_____/

**LOCAL RULE 83.1.2(C) LOCAL COUNSEL DESIGNATION**

I, Reed L. Russell, appear pursuant to Rule 83.1.2(C), Local Rules for the United States District Court for the Middle District of Georgia, in the referenced action on behalf of Defendant Government Employees Insurance Co.

I certify that I am associated with the law firm of Phelps Dunbar LLP and am a member in good standing of the United States District Court for the Middle District of Florida. Attached hereto is an order entered on February 28, 2023, granting Reed L. Russell's Petition for Admission to Plead and Practice *Pro Hac Vice*, which contains a copy of a certificate of good standing from the United States District Court for the Middle District of Florida. I am not a resident of the State of Georgia, and I do not maintain an office in Georgia for the practice of law.

I designate:

| | |
|---|---|
| NAME: | Christy M. Maple<br>Georgia Bar No. 240807 |
| LAW FIRM: | Phelps Dunbar LLP |
| ADDRESS: | 4141 Parkland Avenue, Suite 530<br>Raleigh, North Carolina 27612<br>(T) (919) 789-5300; (F) (919) 789-5301<br>E-mail: christy.maple@phelps.com |

PD.43463696.1

who is a member of the Bar of this Court and who (1) consents to this Local Rule 83.1.2(C) designation, (2) is the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and (3) is the attorney upon whom all notices and papers may be served.

<u>**CONSENT OF DESIGNEE**</u>

I consent to the foregoing designation.

/s/ *Christy M. Maple*
Christy M. Maple

Date:  October 25, 2023.

Respectfully submitted,

/s/ *Reed L. Russell*
Reed L. Russell (admitted *pro hac vice*)
 (Lead Counsel); Florida Bar No. 0184860
Austin A. Laurienzo (admitted *pro hac vice*)
 Florida Bar No. 1011546
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, Florida  33602-5315
Telephone:  (813) 472-7550
Facsimile:  (813) 472-7570
Emails:  reed.russell@phelps.com
         austin.laurienzo@phelps.com
and

/s/ *Christy M. Maple*
Christy M. Maple
 Georgia Bar No. 240807
PHELPS DUNBAR LLP
4141 Parkland Avenue, Suite 530
Raleigh, North Carolina 27612
Telephone:  (919) 789-5300
Facsimile:  (919) 789-5301
E-mail:  christy.maple@phelps.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I CERTIFY that I electronically filed the foregoing with the Clerk of the Court this 25th day of October, 2023, via the CM/ECF system which will provide a copy to all counsel of record.

/s/ Reed L. Russell
*Attorney*

# EXHIBIT

**DO NOT SEND PAYMENT WITH YOUR PETITION! ONCE ADMITTED, YOU MUST PAY FEES BY CREDIT CARD VIA CM/ECF.**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

## PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of __Reed L. Russell__ respectfully shows that petitioner is now a member in good standing of the State Bar of __Florida__, as evidenced by State Bar Number __184860__ and is a member in good standing of a U.S. District Court as evidenced by the attached Certificate of Good Standing from the U. S. District Court where he/she is admitted to Practice. Wherefore, petitioner, after taking the below Oath of Admission, prays that he/she be admitted as an Attorney, Solicitor, and Proctor to plead and practice pro hac vice in the United States District Court for the Middle District of Georgia for case number __5:22-cv-00457-MTT__ to represent __Government Employees Insurance Co.__.
(name of plaintiff/defendant)

## OATH ON ADMISSION *(PRO HAC VICE)*

I, __Reed L. Russell__, do solemnly swear, that as an attorney and as a counselor of this Court for the above said case, I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States of America. I further affirm that I have read the Standards of Conduct set forth in the Preamble to this district's Local Rules, and I will strive to comply with these standards in my practice before this Court.

## ELECTRONIC FILING:

* Upon admission to plead and practice pro hac vice, I understand that I will be registered to file electronically in the Middle District of Georgia. The password issued by the court combined with the login serves as and constitutes a legal signature. Registration as a user constitutes (a) consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and (b) consent to electronic service and waiver of service by any other means, except for original process.

DATE: __February 27, 2023__

_____
FULL SIGNATURE OF PETITIONER

NUMBER OF CASES I APPEARED PRO HAC VICE IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA IN THE *LAST 12 MONTHS*: __0__

LAW FIRM ADDRESS (Street or P.O. Box): __Phelps Dunbar, LLP, 100 S. Ashley Dr., Ste. 2000__

CITY, STATE & ZIP CODE TELEPHONE #: __Tampa, Florida 33602 - Telephone: (813) 472-7550__

EMAIL ADDRESS (Required): __reed.russell@phelps.com__

================================================================================

## ORDER

IT IS ORDERED that Petitioner is hereby admitted to plead and practice pro hac vice as Attorney, Solicitor, Counselor, and Proctor.

DATE: __02/28/2023__

__s/ David W. Bunt__
DAVID W. BUNT
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

AO 136 (Rev. 10/13) Certificate of Good Standing



UNITED STATES DISTRICT COURT
for the
**Middle District of Florida**

**CERTIFICATE OF GOOD STANDING**

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that **Reed Russell**, Florida Bar # **0184860**, was duly admitted to practice in this Court on **October 14, 2010**, and is in good standing as a member of the Bar of this Court.

Dated at: **Orlando, Florida** on February 14, 2023.



Elizabeth M. Warren

*Clerk of Court*