IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-12663-DD

_____

SCOTT WASHINGTON,

                              Plaintiff - Appellant,

versus

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

                              Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

The motion to voluntarily dismiss appeal filed by Appellant Scott Washington is GRANTED.

Effective January 02, 2025.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                              FOR THE COURT - BY DIRECTION